IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| HENRY THOMAS PHILLIPS III, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>PIZZA THE PIE, LLC and BECCA BOO PIES, LLC,<br><br>Defendants. | CIVIL ACTION<br>NO. 2:16-cv-00075-WCO |

## ORDER

On December 21, 2016, the court ordered the parties to show cause as to why this case should not be dismissed. The time for parties to respond has expired, and neither party has responded. Having received no arguments to the contrary, the court finds that dismissal is appropriate in this case. Accordingly, the clerk is **DIRECTED** to **DISMISS** this action.

IT IS SO ORDERED, this 9th day of January, 2017.

WILLIAM C. O'KELLEY
William C. O'Kelley
Senior United States District Judge